UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FITZGERALD,<br><br>                Plaintiff,<br>   vs.<br><br>FORD MOTOR COMPANY; and DOES 1 to 10, inclusive,<br><br>                Defendants. | Case No.: 1:23-cv-01235-JLT-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 20) |

      This matter is before the Court on the parties' joint stipulation to continue all case deadlines by approximately three months. (ECF No. 20). The parties do not ask to continue the pretrial conference and trial dates.

      As grounds for their request, the parties state that they have been diligent in conducting discovery, but they need more time to complete various tasks, including written discovery, depositions, and a vehicle inspection. Upon review, the Court will grant the stipulation.

      However, to allow the assigned District Judge sufficient time rule on any dispositive motions, it is necessary for the Court to extend the pretrial conference and trial dates.

///

///

///

Accordingly, IT IS ORDERED that the parties' stipulation (ECF No. 20) is granted and the Court's scheduling order (ECF No. 10) is modified as follows:

| Event | Current Dates | New Dates |
|---|---|---|
| Close of Fact Discovery | July 31, 2024 | October 29, 2024 |
| Exchange of Opening Expert Reports | August 30, 2024 | November 27, 2024 |
| Exchange of Rebuttal Expert Reports | September 27, 2024 | December 26, 2024 |
| Close of Expert Discovery | October 25, 2024 | January 23, 2025 |
| Dispositive Motion Hearing Deadline | December 13, 2024, at 9:00 a.m. | March 13, 2025, at 9:00 a.m. |
| Pretrial Conference | April 14, 2025, at 1:30 p.m. | July 21, 2025, at 1:30 p.m. |
| Jury Trial (3-5 days) | June 24, 2025, at 8:30 a.m. | September 23, 2025, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **July 9, 2024**                    /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE